JAN 1 3 2020

# PINE RIDGE COMMUNITY ASSOC.
4770 Pine Ridge Dr W
Bushkill PA  18324
570-588-9185

## Invoice as of - 12/12/19

Re: 161 GAP VIEW CIR.

Rosemary E. Ramos
161 Gap View Circle
Bushkill PA  18324

| | |
|---|---|
| Account # : | 161 GAP VIEW |
| Lot # : | 4-85 |
| Bill Period: | Balance as of 12/12 |
| Payment Due: | 12/12/19 |
| **Amount Due:** | **14,746.03** |

| Date | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 12/12/19 | Balance Forward | | | |
| | Community Dues | 5,505.75 | | 5,505.75 |
| | Late Fees | 1,613.43 | | 7,119.18 |
| | Citations | 175.00 | | 7,294.18 |
| | Gyp Moth Assmt | 20.00 | | 7,314.18 |
| | Interest | 2,858.65 | | 10,172.83 |
| | Mag/Legal | 3,438.20 | | 13,611.03 |
| | Ret. Ck. Fee | 35.00 | | 13,646.03 |
| | Special Assess | 300.00 | | 13,946.03 |
| | | | | |
| 05/01/20 | | | | |
| | Community Dues | 800.00 | | 14,746.03 |
| | New Balance  -   Please Pay This Amount | | | 14,746.03 |

Make Checks Payable to: **PINE RIDGE COMMUNITY ASSOC.**

Make payment via drop box, via mail or via
phone  570-588-9185

EXHIBIT

A