GINNYS
1112 7TH AVENUE
MONROE, WI 53566-1364


IRS
CENTRALIZED INSOLVENCY OP
PO BOX 7346
PHILADELPHIA, PA 19101-7346


MIDNIGHT
1112 7TH AVENUE
MONROE, WI 53566-1364


MIDWEST RECOVERY SYSTEMS
27457 W CLAY ST STE A
SAINT CHARLES, MO 63301-2557


NEPA FEDERAL CREDIT UNION
337 CLAY AVENUE
STROUDSBURG, PA 18360


PINE RIDGE COMMUNITY ASSOC
4770 PINE RIDGE DRIVE W
BUSHKILL, PA 18324


PNC BANK
2730 LIBERTY AVE
PITTSBURGH, PA 15222


RADIUS GLOBAL SOLUTIONS
PO BOX 390846
MINNEAPOLIS, MN 55439


SLC STUDENT LOAN TRUST
PO BOX 30948
SALT LAKE CITY, UT 84130


SOCIAL SEURITY ADMINISTRATION
OFFICE OF CENTRAL OPERATIONS
1500 WOODLAWN DRIVE
BALTIMORE, MD 21241-1500

**EXHIBIT B**