Fill in this information to identify your case:

Debtor 1: **Rosemary Elizabeth Ramos**
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse if, filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known): 5:20-bk-01931

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|---|
| 2.1 | **Carrington Mortgage Services**<br>Creditor's Name<br><br>**PO Box 5001**<br>**Westfield, IN 46074**<br>Number, Street, City, State & Zip Code<br><br>Who owes the debt? Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred **2008** | Describe the property that secures the claim:<br><br>**161 Gap View Circle Bushkill, PA 18324 Pike County**<br>**3 BR, 1.5 bath, Pine Ridge**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset) **First Mortgage**<br><br>Last 4 digits of account number **1040** | | $76,372.95 | $71,000.00 | $5,372.95 |


EXHIBIT C

| 2.2 | **NEPA Federal Credit Union** | | $4,385.65 | $3,292.38 | $1,093.27 |
|---|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | | | |

Certificates of Deposit: NEPA FCU Stroudsburg, PA
- 91 Day Share Cert No. 1001 $1154.09*
- 6 Month Share Cert No. 1002 $1072.02*
- 6 Month Share Cert No. 1003 $1066.38*

Total Balances: $3292.38

**337 Clay Avenue Stroudsburg, PA 18360**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Share Certificate Loan #003**

Date debt was incurred    **May 16, 2020**
Last 4 digits of account number    **0003**

---

| 2.3 | **Pine Ridge Community Assoc** | | $14,746.03 | $71,000.00 | $14,746.03 |
|---|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | | | |

**161 Gap View Circle Bushkill, PA 18324 Pike County**
**3 BR, 1.5 bath, Pine Ridge**

**4770 Pine Ridge Drive W Bushkill, PA 18324**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **POA Dues**

Date debt was incurred    **2014-2020**
Last 4 digits of account number    **485**

---

Add the dollar value of your entries in Column A on this page. Write that number here:    **$95,504.63**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    **$95,504.63**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Debtor 1 | **Rosemary Elizabeth Ramos** | | | Case number (if known) | **5:20-bk-01931** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☐ Name, Number, Street, City, State & Zip Code
**Association Collections Law Group
1620 North Church Street, Suite 1
Hazleton, PA 18202**

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number **485**