MEMORY TRANSMISSION REPORT

| | |
|---|---|
| TIME | : 07-08-2020 13:15 |
| FAX NO.1 | : 570-421-6835 |
| NAME | : Newman Williams |

| | |
|---|---|
| FILE NO. | : 070 |
| DATE | : 07.08 13:14 |
| TO | : ☎ 15704530273 |
| DOCUMENT PAGES | : 2 |
| START TIME | : 07.08 13:14 |
| END TIME | : 07.08 13:15 |
| PAGES SENT | : 2 |
| STATUS | : OK |

***SUCCESSFUL TX NOTICE***

---



# Newman Williams, P.C.
### ATTORNEYS AT LAW
*A Professional Corporation*

P. O. Box 511
712 Monroe Street
Stroudsburg, PA 18360
570.421.9090
www.newmanwilliams.com

400 Northampton Street
Suite 404
Easton, PA 18042
800.505.0191

July 8, 2020

*Via Facsimile to:* 570-453-0273
John Lucas, Esq.
Association Collections Law Group
1620 North Church Street, Suite I
Hazleton, PA 18202

    Re:    **Rosemary E. Ramos**
             **Bankruptcy Case No. 5:20-bk-01931**
             **Pine Ridge Community Association**
             **Unit ID: 4-85 / Property 161 Gap View Circle**

Dear John:

    On June 25, 2020, Rosemary E. Ramos filed for relief under Chapter 13 in the United States Bankruptcy Court for the Middle District of Pennsylvania pursuant to Bankruptcy Case No. 5:20-bk-01931. A copy of the Notice of Chapter 13 Bankruptcy Case is enclosed for your convenience. The automatic stay at section 362(a) of the Bankruptcy Code prohibits both the commencement and the continuation of all legal proceedings and collection actions, with very few exceptions.

    Please feel free to contact me if you have any questions. I look forward to hearing from you. Thank you.

                                  Very truly yours,

                                  *Dictated but not Read*

                                  Vincent Rubino

VR:lmb
Enclosure
cc:    Ms. Ramos (by email)

---

**EXHIBIT D**