```
                        PINE RIDGE COMMUNITY ASSOCIATION
                          FINANCIAL TRANSACTIONS - 05/26/21

161 GAP VIEW CIR.                              Unit ID: 4-85
Rosemary E. Ramos                              STATUS: 13 - LEGAL
                                               PREPAID BAL:       0.00
  TXN     -----PAYMENTS/TRXN DESCR-----  ---------CHARGES/PAYMENT DISTR---------
BALANCE
  DATE   PAYMT AMT  CHECK #     DEP DT  CODE  N/A  DESCRIPTION      AMOUNT           DUE
------ ---------- ---------- ------ ----- ---- --------------- ----------
------------
050105                APPLY CHARGES      A1        Community Dues    550.00
550.00
------
060105                APPLY LATE FEE     01        Late Fees          40.00
590.00
------
091505    590.00 5270        091505 01            Late Fees         (40.00)
  0.00
091505                                   A1        Community Dues   (550.00)
------
111605                EXPENSE ADJ        09        Citations          79.95
 79.95
111605     79.95 1075        111605 09            Citations         (79.95)
  0.00
------
050106                APPLY CHARGES      A1        Community Dues    550.00
550.00
------
060106                APPLY LATE FEE     01        Late Fees          50.00
600.00
------
080706    600.00 1274        080706 01            Late Fees         (50.00)
  0.00
080706                                   A1        Community Dues   (550.00)
------
050107                APPLY CHARGES      A1        Community Dues    625.00
625.00
052907    625.00 1214        052907 A1            Community Dues   (625.00)
  0.00
------
010108                APPLY CHARGES      C3        Gyp Moth Assmt     20.00
 20.00
------
031308    625.00 1263        031308 A1            Community Dues   (625.00)
(605.00)
------
```

EXHIBIT E

| Date | Amount | Ref | Date2 | Code | Description | Charge |
|---|---|---|---|---|---|---|
| 050108 | | | | A1 | APPLY CHARGES — Community Dues | 625.00 |
| 20.00 | | | | | | |
| 050108 | | | | 04 | INTEREST — Interest | 0.25 |
| 20.25 | | | | | | |
| ------ | | | | | | |
| 060108 | | | | 04 | INTEREST — Interest | 0.25 |
| 20.50 | | | | | | |
| ------ | | | | | | |
| 050108 | | | | 04 | EXPENSE ADJ — Interest | (0.25) |
| 20.25 | | | | | | |
| ------ | | | | | | |
| 070108 | | | | 04 | INTEREST — Interest | 0.25 |
| 20.50 | | | | | | |
| ------ | | | | | | |
| 080108 | | | | 04 | INTEREST — Interest | 0.25 |
| 20.75 | | | | | | |
| ------ | | | | | | |
| 091508 | | | | A1 | APPLY CHARGES — Community Dues | 125.00 |
| 145.75 | | | | | | |
| 090108 | | | | 04 | INTEREST — Interest | 0.25 |
| 146.00 | | | | | | |
| ------ | | | | | | |
| 100108 | | | | 04 | INTEREST — Interest | 1.79 |
| 147.79 | | | | | | |
| 101708 | 55.75 | 1521 | 101708 | A1 | Community Dues | (55.75) |
| 92.04 | | | | | | |
| ------ | | | | | | |
| 110108 | | | | 04 | INTEREST — Interest | 1.14 |
| 93.18 | | | | | | |
| ------ | | | | | | |
| 120108 | | | | 04 | INTEREST — Interest | 1.10 |
| 94.28 | | | | | | |
| ------ | | | | | | |
| 010109 | | | | 04 | INTEREST — Interest | 1.14 |
| 95.42 | | | | | | |
| ------ | | | | | | |
| 020109 | | | | 04 | INTEREST — Interest | 1.14 |
| 96.56 | | | | | | |
| ------ | | | | | | |
| 030109 | | | | 04 | INTEREST — Interest | 1.03 |
| 97.59 | | | | | | |
| 032309 | 97.59 | 1587 | 032309 | A1 | Community Dues | (69.25) |
| 0.00 | | | | | | |
| 032309 | | | | 04 | Interest | (8.34) |
| 032309 | | | | C3 | Gyp Moth Assmt | (20.00) |
| ------ | | | | | | |
| 050109 | | | | A1 | APPLY CHARGES — Community Dues | 750.00 |
| 750.00 | | | | | | |
| 050109 | 450.00 | 1606 | 050109 | A1 | Community Dues | (450.00) |
| 300.00 | | | | | | |

```
------
060109              INTEREST           04       Interest           2.47
302.47
060109              APPLY LATE FEE     01       Late Fees         50.00
352.47
061509    220.00 1620        061509 A1         Community Dues   (200.00)
132.47
061509                                 03       Admin. Fees      (20.00)
062309              EXPENSE ADJ        03       Admin. Fees       20.00
152.47
062309              EXPENSE ADJ        01       Late Fees        (50.00)
102.47
062309              EXPENSE ADJ        04       Interest          (2.47)
100.00
------
071609    100.00 1630        071609 A1         Community Dues  (100.00)
0.00
------
050110              APPLY CHARGES      A1       Community Dues   750.00
750.00
050310    450.00 1722        050410 A1         Community Dues  (450.00)
300.00
050510              EXPENSE ADJ        03       Admin. Fees       20.00
320.00
050310     20.00 Cash        050810 03         Admin. Fees      (20.00)
300.00
050110              INTEREST           04       Interest           9.25
309.25
050110              EXPENSE ADJ        04       Interest          (9.25)
300.00
------
060210              APPLY LATE FEE     01       Late Fees          0.10
300.10
060110              APPLY LATE FEE     01       Late Fees         30.00
330.10
060110              INTEREST           04       Interest           3.82
333.92
------
070110              INTEREST           04       Interest           4.12
338.04
071610              EXPENSE ADJ        01       Late Fees         (0.10)
337.94
071610    100.00 1751        071610 A1         Community Dues   (62.06)
237.94
071610                                 01       Late Fees        (30.00)
071610                                 04       Interest          (7.94)
072310              EXPENSE ADJ        03       Admin. Fees       20.00
257.94
------
080110              INTEREST           04       Interest           3.29
```

| | | | | | |
|---|---|---|---|---|---|
| 261.23 | | | | | |
| ------ | | | | | |
| 090110 | | INTEREST | 04 | Interest | 3.29 |
| 264.52 | | | | | |
| ------ | | | | | |
| 100110 | | INTEREST | 04 | Interest | 3.18 |
| 267.70 | | | | | |
| 101410 | 50.00 1777 | | 102210 A1 | Community Dues | (20.24) |
| 217.70 | | | | | |
| 101410 | | | 03 | Admin. Fees | (20.00) |
| 101410 | | | 04 | Interest | (9.76) |
| ------ | | | | | |
| 110110 | | INTEREST | 04 | Interest | 2.77 |
| 220.47 | | | | | |
| ------ | | | | | |
| 120110 | | INTEREST | 04 | Interest | 2.68 |
| 223.15 | | | | | |
| ------ | | | | | |
| 010111 | | INTEREST | 04 | Interest | 2.77 |
| 225.92 | | | | | |
| ------ | | | | | |
| 020111 | | INTEREST | 04 | Interest | 2.77 |
| 228.69 | | | | | |
| ------ | | | | | |
| 030111 | | INTEREST | 04 | Interest | 2.50 |
| 231.19 | | | | | |
| ------ | | | | | |
| 040111 | | INTEREST | 04 | Interest | 2.77 |
| 233.96 | | | | | |
| ------ | | | | | |
| 050111 | | APPLY CHARGES | A1 | Community Dues | 750.00 |
| 983.96 | | | | | |
| ------ | | | | | |
| 060611 | | APPLY LATE FEE | 01 | Late Fees | 96.77 |
| 1080.73 | | | | | |
| ------ | | | | | |
| 053111 | | INTEREST | 04 | Interest | 13.56 |
| 1094.29 | | | | | |
| ------ | | | | | |
| 071611 | | INTEREST | 04 | Interest | 20.12 |
| 1114.41 | | | | | |
| ------ | | | | | |
| 080411 | | INTEREST | 04 | Interest | 13.56 |
| 1127.97 | | | | | |
| ------ | | | | | |
| 090111 | | INTEREST | 04 | Interest | 13.56 |
| 1141.53 | | | | | |
| ------ | | | | | |
| 100111 | | INTEREST | 04 | Interest | 13.12 |
| 1154.65 | | | | | |

```
------
110111              INTEREST            04      Interest            13.56
1168.21
------
120111              INTEREST            04      Interest            13.12
1181.33
------
010412              EXPENSE ADJ         05      Mag/Legal           399.54
1580.87
010112              INTEREST            04      Interest            13.56
1594.43
------
020112              INTEREST            04      Interest            18.65
1613.08
------
030112              INTEREST            04      Interest            17.45
1630.53
------
040112              INTEREST            04      Interest            18.65
1649.18
041212      1500.00 1858        041212  04      Interest            (185.17)
149.18
041212                                  01      Late Fees           (96.77)
041212                                  05      Mag/Legal           (399.54)
041212                                  A1      Community Dues      (818.52)
------
050112              APPLY CHARGES       A1      Community Dues      750.00
899.18
050112              INTEREST            04      Interest            1.84
901.02
------
060212              APPLY LATE FEE      01      Late Fees           89.92
990.94
060212              INTEREST            04      Interest            11.46
1002.40
062912      50.00   1870        062912  04      Interest            (13.30)
952.40
062912                                  01      Late Fees           (36.70)
------
070412              INTEREST            04      Interest            11.74
964.14
------
080112              INTEREST            04      Interest            12.13
976.27
------
090112              INTEREST            04      Interest            12.13
988.40
------
100112              INTEREST            04      Interest            11.74
1000.14
```

```
------
110112            INTEREST          04       Interest           12.13
1012.27
------
120112            INTEREST          04       Interest           11.74
1024.01
------
010113            INTEREST          04       Interest           12.13
1036.14
------
020113            INTEREST          04       Interest           12.13
1048.27
------
030113            INTEREST          04       Interest           10.96
1059.23
------
040113            INTEREST          04       Interest           12.13
1071.36
------
050113            APPLY CHARGES     A1       Community Dues    750.00
1821.36
050113            INTEREST          04       Interest            9.39
1830.75
052013   500.00 1916      052113 04          Interest         (128.35)
1330.75
052013                              01       Late Fees         (53.22)
052013                              A1       Community Dues   (318.43)
------
060113            APPLY LATE FEE    01       Late Fees         133.08
1463.83
060113            INTEREST          04       Interest           13.56
1477.39
------
070113            INTEREST          04       Interest           14.44
1491.83
------
080113            INTEREST          04       Interest           14.92
1506.75
------
090113            INTEREST          04       Interest           14.92
1521.67
------
100113            INTEREST          04       Interest           14.44
1536.11
------
110113            INTEREST          04       Interest           14.92
1551.03
------
120113            INTEREST          04       Interest           14.44
1565.47
```

```
------
010114          INTEREST         04      Interest           14.92
1580.39
------
020114          INTEREST         04      Interest           14.92
1595.31
------
030114          INTEREST         04      Interest           13.47
1608.78
------
040914    200.00 Cash      040914 04     Interest         (144.95)
1408.78
040914                           01      Late Fees         (55.05)
040114          INTEREST         04      Interest           14.92
1423.70
------
031214          EXPENSE ADJ      09      Citations         200.00
1623.70
------
050114          APPLY CHARGES    A1      Community Dues    750.00
2373.70
050114          INTEREST         04      Interest           15.87
2389.57
------
060114          INTEREST         04      Interest           24.04
2413.61
060114          APPLY LATE FEE   01      Late Fees         145.65
2559.26
------
070714 Action taken: 01 - Late Notice
070114          INTEREST         04      Interest           24.70
2583.96
------
080114          INTEREST         04      Interest           25.52
2609.48
080314          EXPENSE ADJ      09      Citations         100.00
2709.48
081914 Action taken: 01 - Delinguency
------
090114          INTEREST         04      Interest           26.54
2736.02
091714          EXPENSE ADJ      09      Citations        (100.00)
2636.02
------
100114          INTEREST         04      Interest           24.70
2660.72
------
110114          INTEREST         04      Interest           25.52
2686.24
------
```

| Date | Amount | Ref | Date2 | Code | Description | Amount2 |
|---|---|---|---|---|---|---|
| 120114 | | INTEREST | | 04 | Interest | 24.70 |
| 2710.94 | | | | | | |
| ------ | | | | | | |
| 010115 | | INTEREST | | 04 | Interest | 25.52 |
| 2736.46 | | | | | | |
| ------ | | | | | | |
| 020115 | | INTEREST | | 04 | Interest | 25.52 |
| 2761.98 | | | | | | |
| ------ | | | | | | |
| 030115 | | INTEREST | | 04 | Interest | 23.05 |
| 2785.03 | | | | | | |
| ------ | | | | | | |
| 040115 | | INTEREST | | 04 | Interest | 25.52 |
| 2810.55 | | | | | | |
| 040615 | 250.00 | 1964 | 040715 | 04 | Interest | (250.00) |
| 2560.55 | | | | | | |
| ------ | | | | | | |
| 050115 | | APPLY CHARGES | | A1 | Community Dues | 800.00 |
| 3360.55 | | | | | | |
| 050115 | | INTEREST | | 04 | Interest | 24.70 |
| 3385.25 | | | | | | |
| ------ | | | | | | |
| 060115 | | APPLY LATE FEE | | 01 | Late Fees | 201.65 |
| 3586.90 | | | | | | |
| 060115 | | INTEREST | | 04 | Interest | 33.68 |
| 3620.58 | | | | | | |
| ------ | | | | | | |
| 070115 | | INTEREST | | 04 | Interest | 34.58 |
| 3655.16 | | | | | | |
| ------ | | | | | | |
| 080115 | | INTEREST | | 04 | Interest | 35.73 |
| 3690.89 | | | | | | |
| ------ | | | | | | |
| 090115 | | INTEREST | | 04 | Interest | 35.73 |
| 3726.62 | | | | | | |
| ------ | | | | | | |
| 100115 | | INTEREST | | 04 | Interest | 34.58 |
| 3761.20 | | | | | | |
| ------ | | | | | | |
| 110115 | | INTEREST | | 04 | Interest | 35.73 |
| 3796.93 | | | | | | |
| ------ | | | | | | |
| 120115 | | INTEREST | | 04 | Interest | 35.73 |
| 3832.66 | | | | | | |
| ------ | | | | | | |
| 010116 | | INTEREST | | 04 | Interest | 35.73 |
| 3868.39 | | | | | | |
| ------ | | | | | | |
| 020116 | | INTEREST | | 04 | Interest | 35.73 |
| 3904.12 | | | | | | |

| Date | Amount | Ref | Check/Ref | Code | Description | Amount |
|---|---|---|---|---|---|---|
| ------ | | | | | | |
| 030116 | | INTEREST | | 04 | Interest | 33.43 |
| 3937.55 | | | | | | |
| 033116 | 50.00 | 2006 | 033116 | A1 | Community Dues | (25.00) |
| 3887.55 | | | | | | |
| 033116 | | | | 09 | Citations | (25.00) |
| ------ | | | | | | |
| 040116 | | INTEREST | | 04 | Interest | 35.22 |
| 3922.77 | | | | | | |
| ------ | | | | | | |
| 050116 | | APPLY CHARGES | | A1 | Community Dues | 800.00 |
| 4722.77 | | | | | | |
| 050116 | | | | C3 | Gyp Moth Assmt | 20.00 |
| 4742.77 | | | | | | |
| 050116 | | INTEREST | | 04 | Interest | 34.09 |
| 4776.86 | | | | | | |
| 052716 | 270.00 | 2008 | 052716 | A1 | Community Dues | (250.00) |
| 4506.86 | | | | | | |
| 052716 | | | | C3 | Gyp Moth Assmt | (20.00) |
| 052716 | 550.00 | cc027834 | 052716 | A1 | Community Dues | (550.00) |
| 3956.86 | | | | | | |
| ------ | | | | | | |
| 060116 | | INTEREST | | 04 | Interest | 35.22 |
| 3992.08 | | | | | | |
| 060116 | | APPLY LATE FEE | | 01 | Late Fees | 199.90 |
| 4191.98 | | | | | | |
| ------ | | | | | | |
| 070116 | | INTEREST | | 04 | Interest | 36.06 |
| 4228.04 | | | | | | |
| ------ | | | | | | |
| 060216 | (270.00) | 2008 | PA-NSF | A1 | Community Dues | 250.00 |
| 4498.04 | | | | | | |
| 060216 | | | | C3 | Gyp Moth Assmt | 20.00 |
| 060216 | | 2008 | NSF | 02 | Ret. Ck. Fee | 35.00 |
| 4533.04 | | | | | | |
| ------ | | | | | | |
| 080116 | | INTEREST | | 04 | Interest | 40.37 |
| 4573.41 | | | | | | |
| ------ | | | | | | |
| 090116 | | INTEREST | | 04 | Interest | 40.37 |
| 4613.78 | | | | | | |
| ------ | | | | | | |
| 100116 | | INTEREST | | 04 | Interest | 39.07 |
| 4652.85 | | | | | | |
| ------ | | | | | | |
| 110116 | | INTEREST | | 04 | Interest | 40.37 |
| 4693.22 | | | | | | |
| ------ | | | | | | |
| 120116 | | INTEREST | | 04 | Interest | 39.07 |
| 4732.29 | | | | | | |

| Date | Type | Code | Description | Amount | Balance |
|---|---|---|---|---:|---:|
| 010117 | INTEREST | 04 | Interest | 40.37 | 4772.66 |
| 020117 | INTEREST | 04 | Interest | 40.37 | 4813.03 |
| 030117 | INTEREST | 04 | Interest | 36.46 | 4849.49 |
| 040117 | INTEREST | 04 | Interest | 40.37 | 4889.86 |
| 050117 | APPLY CHARGES | A1 | Community Dues | 800.00 | 5689.86 |
| 050117 | INTEREST | 04 | Interest | 39.07 | 5728.93 |
| 060117 | APPLY LATE FEE | 01 | Late Fees | 273.40 | 6002.33 |
| 060117 | INTEREST | 04 | Interest | 48.52 | 6050.85 |
| 070117 | INTEREST | 04 | Interest | 49.65 | 6100.50 |
| 080117 | INTEREST | 04 | Interest | 51.31 | 6151.81 |
| 090117 | INTEREST | 04 | Interest | 51.31 | 6203.12 |
| 100117 | INTEREST | 04 | Interest | 49.65 | 6252.77 |
| 120117 | INTEREST | 04 | Interest | 49.65 | 6302.42 |
| 010118 | INTEREST | 04 | Interest | 51.31 | 6353.73 |
| 020118 | INTEREST | 04 | Interest | 51.31 | 6405.04 |
| 030118 | INTEREST | 04 | Interest | 46.34 | 6451.38 |
| 040118 | INTEREST | 04 | Interest | 51.31 | 6502.69 |

| Date | Action | Code | Description | Amount | Balance |
|---|---|---|---|---|---|
| 050118 | APPLY CHARGES | A1 | Community Dues | 800.00 | 7302.69 |
| 060118 | APPLY LATE FEE | 01 | Late Fees | 329.40 | 7632.09 |
| 060118 | INTEREST | 04 | Interest | 59.46 | 7691.55 |
| 070118 | INTEREST | 04 | Interest | 60.79 | 7752.34 |
| 090118 | INTEREST | 04 | Interest | 62.82 | 7815.16 |
| 080118 | INTEREST | 04 | Interest | 62.82 | 7877.98 |
| 100118 | INTEREST | 04 | Interest | 60.79 | 7938.77 |
| 110118 | INTEREST | 04 | Interest | 62.82 | 8001.59 |
| 120118 | INTEREST | 04 | Interest | 60.79 | 8062.38 |
| 110117 | INTEREST | 04 | Interest | 51.31 | 8113.69 |
| 010119 | INTEREST | 04 | Interest | 62.82 | 8176.51 |
| 020119 | INTEREST | 04 | Interest | 62.82 | 8239.33 |
| 030119 | INTEREST | 04 | Interest | 56.74 | 8296.07 |
| 040119 | INTEREST | 04 | Interest | 62.82 | 8358.89 |
| 050119 | APPLY CHARGES | A1 | Community Dues | 800.00 | 9158.89 |
| 050119 | INTEREST | 04 | Interest | 60.79 | 9219.68 |
| 060119 | APPLY LATE FEE | 01 | Late Fees | 385.40 | 9605.08 |
| 053119 | INTEREST | 04 | Interest | 70.97 | |

| Date | Type | Code | Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | | | 9676.05 |
| 070119 | INTEREST | 04 | Interest | 72.48 | 9748.53 |
| 080119 | INTEREST | 04 | Interest | 74.90 | 9823.43 |
| 081419 | EXPENSE ADJ | 05 | Mag/Legal | 3438.20 | 13261.63 |
| 090119 | INTEREST | 04 | Interest | 109.94 | 13371.57 |
| 090119 | EXPENSE ADJ | C1 | Special Assess | 300.00 | 13671.57 |
| 100119 | INTEREST | 04 | Interest | 90.48 | 13762.05 |
| 110119 | INTEREST | 04 | Interest | 93.50 | 13855.55 |
| 120119 | INTEREST | 04 | Interest | 90.48 | 13946.03 |
| 050120 | APPLY CHARGES | A1 | Community Dues | 800.00 | 14746.03 |
| 080720 | APPLY LATE FEE | 01 | Late Fees | 441.40 | 15187.43 |
| 080720 | INTEREST | 04 | Interest | 101.65 | 15289.08 |
| 090120 | INTEREST | 04 | Interest | 98.37 | 15387.45 |
| 100120 | INTEREST | 04 | Interest | 104.71 | 15492.16 |
| 110120 | INTEREST | 04 | Interest | 101.33 | 15593.49 |
| 010121 | INTEREST | 04 | Interest | 104.71 | 15698.20 |
| 020121 | INTEREST | 04 | Interest | 94.57 | 15792.77 |
| 030121 | INTEREST | 04 | Interest | 104.71 | 15897.48 |

```
040121           INTEREST          04        Interest            104.71
16002.19
------
050121           APPLY CHARGES     A1        Community Dues      800.00
16802.19
```

B A L A N C E   S U M M A R Y
-------------------------------

```
        CHARGE CODE    DESCRIPTION           AMOUNT
        -----------    ---------------    ------------
            A1            Community Dues     7,105.75
            01            Late Fees          2,054.83
            09            Citations            175.00
            C3            Gyp Moth Assmt        20.00
            04            Interest           3,673.41
            05            Mag/Legal          3,438.20
            02            Ret. Ck. Fee          35.00
            C1            Special Assess       300.00
                                          ------------
                          TOTAL:            16,802.19
```