**PINE RIDGE COMMUNITY ASSOC.**
4770 Pine Ridge Dr W
Bushkill PA 18324
570-588-9185

**Invoice as of - 02/23/22**

GAP VIEW CIR.

Rosemary E. Ramos
161 Gap View Circle
Bushkill PA 18324

Account #: 161 GAP VIEW
Lot #: 4-85
Bill Period:
Payment Due: 05/01/22

Amount Due: 14,879.07

| Description | Charges | Credits | Balance |
|---|---|---|---|
| Balance Forward | | | |
| Community Dues | 6,305.75 | | 6,305.75 |
| Late Fees | 2,552.23 | | 8,857.98 |
| Citations | 175.00 | | 9,032.98 |
| Gyp Moth Assmt | 20.00 | | 9,052.98 |
| Interest | 4,491.09 | | 13,544.07 |
| Ret. Ck. Fee | 35.00 | | 13,579.07 |
| Special Assess | 300.00 | | 13,879.07 |
| Current Charges 2022 | | | |
| Community Dues | 800.00 | | 14,679.07 |
| | | | 14,679.07 |

New Balance - Please Pay This Amount

Make Checks Payable to: PINE RIDGE COMMUNITY ASSOC.

Late Fee 1% to June 1st - Interest 12% a year
Please Note:
IF YOU HAVE FILED BANKRUPTCY THIS IS FOR YOUR
INFORMATION ONLY

**EXHIBIT F**