**PINE RIDGE COMMUNITY ASSOC.**
4770 PINE RIDGE DRIVE W.
BUSHKILL, PA 18324

570-588-9185

**Invoice as of 2/28/2022**

RE: 161 GAP VIEW CIR.

Rosemary E. Ramos
161 Gap View Circle
Bushkill PA 18324

Account #: 161 GAP VIEW
Lot/Unit #: 4-85
Bill Period: Current Charge
Payment Due: 05/01/2022
Amount Due: $14,679.07

| Date | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 02/28/2022 | Balance Forward | | | $13,879.07 |
| | Current Charges 2021 Community Dues | $800.00 | | $14,679.07 |
| Current Balance: | | | | $14,679.07 |

Pay online at www.pineridgecommunity.net
CC-All Major CC & Debit C;Visa , Amex,MC, Discover etc.

Late Fees - 7% June 1st
Interest - 12% a year/ 1% a month on O/S

Please note if you have filed for Bankruptcy this is for your information only.

---

Tear Along Perforation

Make Checks Payable to: **PINE RIDGE COMMUNITY ASSOCIATION**

RE: 161 GAP VIEW CIR.

Rosemary E. Ramos
161 Gap View Circle
Bushkill PA 18324

Account #: 161 GAP VIEW
Lot/Unit #: 4-85
Bill Period: Current Charge
Payment Due: 05/01/2022
Amount Due: $14,679.07

PINE RIDGE COMMUNITY ASSOC.
4770 Pine Ridge Dr W
Bushkill, PA 18324

**EXHIBIT G**